ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 4:56:05 PM
CHRISTOPHER PRINI
CLERK

# TINDAL LAW FIRM

## Texas | Alabama | Florida

Troy Tindal
troy@tindallawfirm.com

17225 El Camino Real, Suite 190
Houston, Texas 77058

Tel: 832-691-1519
Fax: 832-460-7579

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 4:56:05 PM
CHRISTOPHER A. PRINE
Clerk

March 4, 2015

Mr. Christopher A. Prine                    ***By Electronic Filing***
Clerk of the First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:     Appellee-Defendants' Report on Mediation Conducted on March 2, 2015
        in Case No. 01-14-01011-CV, *Hope Therapy vs. St. Anthony's Hospital et al.*, in the First Court of Appeals at Houston

Dear Mr. Prine:

As directed in the Court's Memorandum Order and Referral to Mediation, issued January 21, 2015, I write on behalf of Appellee-Defendants Jason LeDay, Deric Outley, and Victoria Babineaux to report on the mediation conducted on Monday, March 2, 2015.

Mr. LeDay and I personally attended the mediation. My other clients, Deric Outley and Victoria Babineaux, each authorized Mr. LeDay to mediate and settle the case on their behalf of pre-arranged conditions. Our mediator, Mr. Dion Ramos, informed us that Ms. Woldu was present for Hope Therapy, but both sides declined an opening general session, so we never interfaced other than through caucus with Mr. Ramos.

The outcome of the mediation was that Mr. Ramos declared an impasse at 4:30 in a session that began at 1:30. We thoroughly discussed the legal issues and the risk each side faced in the appeal and potentially back in the trial court, but the values assigned to the case by each side were such that there was no possibility of an agreed resolution.

Sincerely,

**/s/ Troy Tindal on Mar 4, 2015**

Troy Tindal

Cc:     Mr. Wayman Prince- via electronic filing